UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH WILHELM, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | 11-cv-04024 |
| v. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS INC., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED to by the Plaintiff and Defendant, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-entitled action against Defendant shall be and hereby is dismissed on the merits and with prejudice, according to the terms contained in the Settlement Agreement and Release executed between the parties herein.

Date: August 9, 2011

*/s/ Matthew P. Prengaman*
Matthew P. Prengaman
The Law Office of Matthew Prengaman
Attorney for Plaintiff
53 W. Jackson Blvd., Ste. 1625
Chicago, IL 60604
773-770-5074 (t)
773-672-7400 (f)


Date: August 9, 2011

*/s/ Nicole M. Barrett*
Nicole M. Barrett
Sessions, Fishman, Nathan & Israel, L.L.C.
Attorney for Defendant
55 W. Monroe St., Ste. 1120
Chicago, IL 60603
312-578-0990 (t)
312-578-0991 (f)